IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 8:07CR98 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAY C. BUTLER, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Motion to Review Detention and Request for Evidentiary Hearing (#37). The defendant requests that the court reopen the matter of his detention and order a conditional release to NOVA Therapeutic Community, Omaha, Nebraska.

After reviewing the April 11, 2007 Pretrial Services initial appearance report and the April 23, 2007 Detention Order (#20), I find the motion should be denied without hearing.

The proposed placement of the defendant at NOVA Therapeutic Community fails to address the court's concerns that the defendant poses a risk of danger to the community based upon his felony robbery conviction in 2000, which resulted in a one to three year prison term; a failure to appear charge on January 13, 2005; and charges of false information on April 3, 2005 and September 14, 2006. Additionally, the defendant's proposed release plan fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED:** The defendant's Motion to Review Detention and Request for Evidentiary Hearing (#37) is denied without hearing.

Dated this 21st day of June 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge