UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR98 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JAY BUTLER, | ) | |
| ROLAND LONG, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before the Court on the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 64).  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

  1.  On July 2, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 853, Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c),  based upon the Defendants' pleas of guilty to Counts I, III, V and VI of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendants' interest in $900.00 in United States currency and a Rossi .22 pump action rifle, serial number H016568, were forfeited to the United States.

  2.  On July 12, 19 and 26, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the

validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on August 27, 2007 (Filing No. 66).

    3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

    IT IS ORDERED:

    A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 64) is hereby sustained.

    B.  All right, title and interest in and to the $900.00 in United States currency and a Rossi .22 pump action rifle, serial number H016568, held by any person or entity, are hereby forever barred and foreclosed.

    C.  The $900.00 in United States currency and a Rossi .22 pump action rifle, serial number H016568, be, and the same hereby are, forfeited to the United States of America.

    D.  The United States Marshal for the District of Nebraska and the Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska are directed to dispose of said properties in accordance with law.

    DATED this 28th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp  
United States District Judge