### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR98** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JAY C. BUTLER,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion to withdraw filed by Assistant Federal Public Defender Julie Hansen (Filing No. 88).

IT IS ORDERED that the motion to withdraw filed by Assistant Federal Public Defender Julie Hansen (Filing No. 88) is granted.

DATED this 19th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge