IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>JAY C. BUTLER,<br><br>               Defendant. | **8:07CR98**<br><br>**ORDER** |

This matter is before the Court on the defendant's motion for a copy of his criminal case Docket Sheet and Sentencing Transcript [155]. The Court notes that the defendant was sentenced on August 20, 2007 (Filing No. 54), judgment was entered on August 23, 2007 (Filing No. 61), and that no appeal was timely filed. At this time, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these copies. Accordingly, the Court will deny the motion. The defendant is, of course, free to request copies of his docket sheet, and Sentencing Transcript (Filing No. 85) and to pay the costs of the same.

**IT IS ORDERED:**

1. The defendant's Motion Requesting Docket Sheet and Sentencing Transcript [155] is denied.
2. The defendant may contact the Clerk of the District Court to request copies of his docket sheet, and to pay the costs of the same.
3. The Clerk of Court shall mail a copy of this order to the defendant at the address provided in filing number 155.

Dated this 25th day of August, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge