# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>JAY BUTLER<br><br>               Defendant. | 8:07CR98<br><br>JUDGMENT |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2. The § 2255 Motion, ECF No. 169, is summarily dismissed; and

3. The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 4th day of April, 2017.

                                                            BY THE COURT:

                                                            s/Laurie Smith Camp<br>
                                                            Chief United States District Judge